Capytal v DJL Incorporated/DJL Inc/DJL, Inc/DJL (2025 NY Slip Op 05371)

Capytal v DJL Incorporated/DJL Inc/DJL, Inc/DJL

2025 NY Slip Op 05371

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, GREENWOOD, NOWAK, AND KEANE, JJ.

654 CA 24-01116

[*1]CAPYTAL, PLAINTIFF-RESPONDENT,
v
DJL INCORPORATED/DJL INC/DJL, INC/DJL AND DAMIEN JOSEPH LEFORBES, DEFENDANTS-APPELLANTS. 

JONATHAN E. NEUMAN, FRESH MEADOWS, FOR DEFENDANTS-APPELLANTS.
CARTER LEDYARD & MILBURN LLP, NEW YORK CITY (JACOB H. NEMON OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Monroe County (Daniel J. Doyle, J.), entered June 14, 2024. The order denied the motion of defendants to vacate a default judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court